# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2550
_____

HOMEOWNERS CHOICE PROPERTY
& CASUALTY INSURANCE
COMPANY, INC.,

 Petitioner,

v.

TIMOTHY B. LACEY and KAY L.
LACEY,

 Respondents.

_____

Petition for Writ of Certiorari—Original Jurisdiction.


December 28, 2023


PER CURIAM.

 DISMISSED.

LEWIS, ROBERTS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Patrick M. Chidnese and Frieda C. Lindroth of Bickford & Chidnese, LLP, Tampa, for Petitioner.

Blair Fazzio of Kanner & Pintaluga, P.A., Boca Raton, for Respondents.